E-SERVED
06/09/04
07:27 PM ET
Baycol MDL 1431

**Curtis D. Johnson, Jr., Esq.**
45 N. Third St., Ste. 200
Memphis, TN 38103
(901)522-8900
TN Bar #15518
Attorney for Plaintiffs

**BEFORE THE JUDICIAL PANEL**
**ON MULTI-DISTRICT LITIGATION**

**IN RE: BAYCOL**
**PRODUCTS LITIGATION** **MDL 1431**

---

**PEGGY CONNER, DELORES JOHNSON,** **No. 02-V-0460**
**And CLARA BONDS, individually and on**
**Behalf of all others similarly situated,**

**Plaintiffs**

**PLAINTIFFS' PEGGY CONNER, DELORES JOHNSON AND CLARA BONDS, et. al.'s MOTION TO EXTEND TIME TO FILE CASE SPECIFIC EXPERT REPORT PURSUANT TO PTO 114**

COMES NOW THE PLAINTIFFS, by and through undersigned counsel of record, who move this Honorable Court for an Order extending the time for Plaintiffs to file the case specific expert report pursuant to PTO 114. In support of his Motion, Counsel for the Plaintiff would state as follows:

1. Curtis D. Johnson, counsel for Plaintiffs, has been involved in extensive evaluation and testing for kidney donation and transplant since January, 2004. Counsel is a kidney donor for his mother who is in the final stage of kidney failure.

2. Since January, 2004, Counsel has had to travel to Cleveland, OH for testing and evaluation and has also been required to submit to testing in Memphis, TN.

3. Counsel was required to fly to Cleveland, OH on or about May 30th, 2004, after being informed that he was a match for his mother.

E-SERVED
06/09/04
07:27 PM ET
Baycol MDL 1431

4. Counsel underwent surgery on June 3, 2004. Counsel is not expected to return to the office until the last week of July, 2004.

5. As a result of Counsel's involvement in the kidney donation process, Counsel is in need of additional time to file the expert report as required by PTO 114.

6. A copy of the letter from The Cleveland Clinic Foundation verifying Mr. Johnson's status as a kidney donor is attached hereto as Exhibit 1.

WHEREFORE, Plaintiffs pray that this Honorable Court enter an Order Granting Plaintiffs' Motion to Extend Time to File Case Specific Expert Report Pursuant to PTO 114 until August 20, 2004.

RESPECTFULLY SUBMITTED,

Original Signature on File with Filing Attorney

______________________________

Curtis D. Johnson, Jr. by Pamela McFarland Brown (TN#17782), with Permission
45 N. Third St., Ste. 200
Memphis, TN 38103
(901)522-8900

CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the forgoing Plaintiffs' Motion to Extend Time to File Case Specific Expert Report Pursuant to PTO 114 was electronically served to counsel of record and via U.S. mail, postage prepaid upon the following parties on this the 4th day of June, 2004:

Original Signature on File with Filing Attorney

______________________________

Pamela McFarland Brown

E-SERVED
06/09/04
07:27 PM ET
Baycol MDL 1431

Susan A. Weber, Esq.
SIDLEY AUSTIN BROWN & WOOD, LLP
10 South Dearborn St.
Chicago, IL 60603

Counsel for Defendants

Fred T. Magaziner, Esq.
DECHERT LLP
4000 Bell Atlantic Tower
1717 Arch St.
Philadelphia, PA 19103

Counsel for Defendants

Deanna D. Dailey, Esq.
Larson King, LLP
2800 Minnesota World Trade Center
30 East Seventh Street
St. Paul, MN 55101

Plaintiff's Liaison Counsel