THE CLEVELAND CLINIC FOUNDATION

E-SERVED
06/09/04
07:27 PM ET
Baycol MDL 1431

Kidney Donor Transplant Center
Desk A110
Office: 216/445-5150
Toll Free: 1 800 223 2273 Ext. 55150
Fax: 216/445-7088

26 May, 2004

RE: Mr. Curtis Johnson
SS# 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
D.O.B.: 04/28/1967

To Whom It May Concern:

Mr. Curtis Johnson has been involved in evaluation and testing to determine his candidacy as a potential kidney donor for his mother, Daphine Johnson, since January 2004. Mr. Johnson has had to have extensive testing performed both in Cleveland, OH at the Cleveland Clinic Foundation and in Memphis, TN over this time period.

Mr. Johnson is now scheduled for the donation surgery on June 2, 2004. Mr. Johnson will therefore need to travel to the Cleveland Clinic Foundation the week of May 31, 2004 in order to be here for his pre-operative testing and scheduled surgery. The recovery period from this surgery usually takes from 4 to 6 weeks for our donor patients. Therefore, Mr. Johnson may return to work anytime beginning July 14, 2004; however, he may be away from work up to July 28, 2004.

Should you have any questions or require any further information, you may contact this office.

Thank you,

Audrey Caplin /cml

Audrey Caplin, R.N., B.S.N.

EXHIBIT
1