**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**In re: Baycol Products Litigation** **MDL No. 1431**

**This Document Also Relates to**
**Peggy Conner, et al. v. Bayer** **Civil No. 02-460**

---

Before the Court is Plaintiffs' Motion to Extend Time to File Case Specific Expert Reports Pursuant to PTO 114 (Doc. No. 12). Defendants do not oppose the motion.

Therefore, **IT IS HEREBY ORDERED**:

(1) Plaintiffs' Motion to Extend Time to File Case Specific Expert Reports Pursuant to PTO 114 (Doc. No. 12) is **GRANTED**; and

(2) Plaintiffs' Expert Reports Pursuant to PTO 114 are due August 20, 2004.

Date: June 15, 2004

/s/ Michael J. Davis
Michael J. Davis
UNITED STATES DISTRICT COURT