UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION — MDL No. 1431 (MJD)

This Document also relates to:

Peggy Connor et al. v. Bayer Corp. et al., — Civ. No. 02-460

Plaintiffs in the above case have moved the Court for an extension to file the case specific expert report required by PTO No. 114. This motion is hereby referred to Special Master Roger Haydock.

Date: 6-25-04

Michael J. Davis
United States District Court

SCANNED
JUN 28 2004
U.S. DISTRICT COURT MPLS