E-SERVED
10/19/04
03:17 PM ET
Baycol MDL 1431

**Curtis D. Johnson, Jr. Esq.**
Suite 3001, 100 North Main Bldg.
Memphis, Tennessee 38103
(901) 522-8900
TN Bar No. 015518
Attorney for the Plaintiffs

**BEFORE THE JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION**

**IN RE: BAYCOL
PRODUCTS LITIGATION** **MDL 1431**

---

**PEGGY CONNER, DELORES JOHNSON, And CLARA BONDS, individually and on Behalf of all others similarly situated,** **CIV. ACT. 01-2863 GA**

**Plaintiffs,**

---

**PLAINTIFFS' MOTION TO ACCEPT CASE SPECIFIC INFORMATION PURSUANT TO P.T.O. 114 AND TO SET ASIDE ORDER OF DISMISSAL**

---

COME NOW THE PLAINTIFFS, by and through undersigned counsel of record, who move this Honorable Court for an Order, accepting their case specific information as required by P.T.O. 114 and specifically requesting that any order of dismissal in this case be set aside and in support thereof the Plaintiff would state as follows:

1. That the Plaintiffs in this cause were required to submit Case Specific Expert information in this cause pursuant to the requirements of P.T.O. 114 by October 4, 2004.

2. That the Plaintiffs missed this deadline due to the continued illness of counsel, due to a kidney transplant and a longer than expected return to work date.

E-SERVED
10/19/04
03:17 PM ET
Baycol MDL 1431

3. That the Plaintiffs are now in possession of case specific information as required by P.T.O 114 and have forwarded this information to the Plaintiff's Steering Committee and opposing counsel. Therefore, they are now in compliance with P.T.O. 114.

4. Upon information and belief, it appears that no order of dismissal has been entered in this case.

5. The Plaintiffs request, if necessary, oral argument, by means of telephone conference with the Court to consider this motion.

WHEREFORE, THE PLAINTIFFS PRAY that this Honorable Court accept the case specific information as produced by the Plaintiffs in this case as bringing this case into compliance with P.T.O. 114, and remove it from the list of cases to be dismissed. In the alternative if an order of dismissal has been entered in the record, the Plaintiff would ask that it be set aside and this case be allowed to proceed.

RESPECTFULLY SUBMITTED,

CURTIS D. JOHNSON, JR.
Bar No. 015518
Suite 200, 45 N. Third Street
Memphis, Tennessee 38103
(901) 522-8900

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing Plaintiffs Motion to Accept Case Specific Information pursuant to P.T.O. 114 was served via U.S. Mail, postage prepaid upon all parties set forth on the attached Panel Service List on this, the 18th day of October, 2004.

CURTIS D. JOHNSON, JR.